Fill in this information to identify the case:

Debtor name _____ Auger Drilling, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Texas, Dallas Division _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — **$4,000.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Plains Capital (Debit Card Account)** | **Checking account** | **000** | $60.00 |
| 3.2 **BB&T** | **Checking account** | **0608** | $176,971.66 |
| 3.3 **Plains Capital** | **Checking account** | **6161** | $87.14 |
| 3.1 **Plains Capital** | **Money market account** | **6195** | $40.00 |

4. **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)
**None**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$181,158.80**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                                        _____

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts Receivable**

| 11a. 90 days old or less: | **$2,117,029.00** | - | **$0.00** | = ...... → | **$2,117,029.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$310,965.00** | - | **$0.00** | = ...... → | **$310,965.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Debtor ___Auger Drilling Inc___ Case number (if known) _____
Name

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       __$2,427,994.00__

---

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **None** | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or join venture** | | |
| Name of entity:      % of ownership: | | |
| **None** | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **None** | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.       _____

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27.   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| None | | | |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| None | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| None | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |

33.   **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34.   **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Computers and Printers $800.00 \| Dean's office furniture $2,000.00 \| Darrell office, Pam office misc. chairs, files, shelving, tv's X2 $2,000.00 \| Coyle paintings $500.00 \| Coyle desk, file cabinet, table $500.00 \| Coyle Desk X2, File Cabinet, Corner table $500.00 \| 2 corner tables $50.00 \| 1 Lassiter desk $50.00 \| 20' storage container X2 $1,500.00 \|** | | Liquidation | $7,900.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Misc. Hand and small power tools** | | | $3,500.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $11,400.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2007 Dodge 2500**<br>VIN: 37D7KS28A57G818007 | _____ | _____ | **$500.00** |
| 47.2 **2006 Dodge**<br>VIN: 1D7KS28C06J215044 | _____ | _____ | **$500.00** |
| 47.3 **2000 KME**<br>VIN: 1K9AF4289YN058045 Not in Service | _____ | _____ | **$0.00** |
| 47.4 **1995 UD**<br>VIN: JNAMA20H8SGE50480 | _____ | _____ | **$1,000.00** |
| 47.5 **2008 Mack GU713**<br>VIN: 1M2AX04C18M001081 | _____ | _____ | **$5,000.00** |
| 47.6 **2016 Dodge 1500**<br>VIN: 1C6RR7FM4GS274081 | _____ | _____ | **$19,000.00** |
| 47.7 **2008 Mack GU713**<br>VIN: 1M2AX04C38M001082 | _____ | _____ | **$5,000.00** |
| 47.8 **2005 Nissan Titan**<br>VIN: 1N6AA06B95N511966 | _____ | _____ | **$500.00** |
| 47.9 **2005 Ford F550**<br>VIN: 1FDAF56P25ED29230 Not in Service | _____ | _____ | **$0.00** |
| 47.10 **2006 International 7400 DT 466**<br>VIN: 10TWHAAR66J256283 | _____ | _____ | **$3,000.00** |
| 47.11 **2003 Dodge Ram**<br>VIN: 1D7HA18D23S338303 | _____ | _____ | **$500.00** |
| 47.12 **1999 Dodge 2500**<br>VIN: 1B7Kf2368XJ578354 Not in Service | _____ | _____ | **$0.00** |
| 47.13 **2006 Dodge 2500**<br>VIN: 3D7KS28C86G125349 | _____ | _____ | **$500.00** |
| 47.14 **2016 Dodge 2500**<br>VIN: 3C6UR5CL3GG103422 | _____ | _____ | **$27,000.00** |
| 47.15 **2008 Dodge 5500 6.7 Turbo**<br>VIN: 3D6WC78A28G196435 | _____ | _____ | **$1,000.00** |
| 47.16 **2000 Dodge 2500**<br>VIN: 1B7KF2364YJ106492 | _____ | _____ | **$500.00** |
| 47.17 **1999 Dodge 2500**<br>VIN: 1B7KF2368XJ556584 Not in Service | _____ | _____ | **$0.00** |
| 47.18 **1983 Freightliner Dump truck**<br>VIN: 1FUPYSB4GP286843 | _____ | _____ | **$1,000.00** |
| 47.19 **2013 Hino**<br>VIN: 5PVNE8JV4D4S52848 | _____ | _____ | **$12,000.00** |
| 47.20 **2004 Dodge 3500**<br>VIN: 3D7LU38CX4G151856 Not in Service | _____ | _____ | **$0.00** |
| 47.21 **2012 Peterbilt 365**<br>VIN: 1NPSLPEX2CD162314 | _____ | _____ | **$5,000.00** |
| 47.22 **2011 Kenworth**<br>VIN: 3BKBLN0X8BF285955 Loan Paid Off - Plaines Capital Bank has not released title. | _____ | _____ | **$10,000.00** |
| 47.23 **2006 Dodge**<br>VIN: 1D7KS28C26J215045 Not in Service | _____ | _____ | **$0.00** |

| 47.24 | **2009 International Prostar**<br>VIN: 2HSCUAPRO9C072468 | | | **$10,000.00** |
|---|---|---|---|---|
| 47.25 | **2013 Dodge 2500**<br>VIN: 3C6Ur5JL9DG617483 | | | **$7,000.00** |
| 47.26 | **Spartan/Firetruck**<br>VIN: 4S7AT4194WC026882 Not in Service | | | **$0.00** |
| 47.27 | **1996 Mack**<br>VIN: VG6M118B0TB301950 | | | **$1,000.00** |
| 47.28 | **2014 Dodge 2500**<br>VIN: 3CGUR5KL1EG195712 | | | **$7,000.00** |
| 47.29 | **Mack Firetruck**<br>VIN: IMZH144C6FM00176 | | | **$1,000.00** |
| 47.30 | **2013 Audi A6**<br>VIN: WAUDFAFC7DN113151 | | | **$5,000.00** |
| 47.31 | **2014 Dodge 2500**<br>VIN: 366UR5KL9EG295752 | | | **$7,000.00** |
| 47.32 | **2003 Mini Cooper**<br>VIN: WMWRE334X3TD73557 Legal Title Only - Coyle Whitten made the<br>payments. | | | **$0.00** |
| 47.33 | **2017 Audi A7**<br>VIN: WAU22AFC8HN080170 | | | **$45,000.00** |
| 47.34 | **2017 Audi Q7**<br>VIN: WA1VAAF71HD044536 | | | **$39,520.00** |
| 47.35 | **2018 Honda Odyssey**<br>VIN: 5FNRL6H92JB009354 | | | **$31,168.00** |

| 48. | **Watercraft, trailers, motors, and related accesories** Examples: Boats<br>trailers, motors, floating homes, personal watercraft, and fishing vesels | | | |
|---|---|---|---|---|
| | **None** | | | |

| 49. | **Aircraft and accesories** | | | |
|---|---|---|---|---|
| | **None** | | | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|---|---|---|---|---|
| 50.1 | **2010 Soilmec STM20 [Drill Rig]/** Serial Number 3357 | Mounted on<br>2012 Peterbilt | | **Auction Value** | **$125,000.00** |
| 50.2 | **2006 Watson 1100 CM [Drill Rig]/** Serial Number: 6044 | | **Auction Value** | **$50,000.00** |
| 50.3 | **2007 Watson 1100 CM [Drill Rig]/** Serial Number: 7061 | | **Auction Value** | **$100,000.00** |
| 50.4 | **2008 Watson 2500 CM [Drill Rig]/** Serial Number: 187 | | **Auction Value** | **$60,000.00** |
| 50.5 | **2008 Watson 1100 TM [Drill Rig]/** Serial Number: 8089 | Mounted on<br>2008 Mack | | **Auction Value** | **$85,000.00** |
| 50.6 | **2008 Watson 1100 TM [Drill Rig]/** Serial Number: 8095 | Mounted on<br>a 2008 Mack | | **Auction Value** | **$85,000.00** |
| 50.7 | **2010 Watson 2500 CM [Drill Rig]/** Serial Number: 198 | | **Auction Value** | **$85,000.00** |
| 50.8 | **Mait Drill Rig/** Serial Number: BAB0012M0813 | | **Auction Value** | **$30,000.00** |
| 50.9 | **2011 Watson 1100TM [Drill Rig]/** Serial Number: 10116 | Mounted on<br>2011 Kenworth | | **Auction Value** | **$100,000.00** |
| 50.10 | **2013 Soilmec SR-30 [Drill Rig]/** Serial Number: 4278 | | **Auction Value** | **$190,000.00** |
| 50.11 | **2005 Watson 1100TM [Drill Rig]/** Serial Number: 5039 | Mounted on<br>2006 International | | **Auction Value** | **$125,000.00** |
| 50.12 | **Hennessy HD65M [Drill Rig]/** Serial Number: 913 | | **Auction Value** | **$20,000.00** |
| 50.13 | **2013 Soilmec SR-30 [Drill Rig]/** Serial Number: 4316 | | **Auction Value** | **$60,000.00** |
| 50.14 | **2014 Soilmec SR-50 [Drill Rig]/** Serial Number: 4460 | | **Auction Value** | **$150,000.00** |

| 50.15 | 2016 Watson 3110 CM [Drill Rig]/ Serial Number: 16193 | | Auction Value | $180,000.00 |
|---|---|---|---|---|
| 50.16 | 2015 Soilmec SR-45 [Drill Rig]/ Serial Number: 4645 | | Auction Value | $195,000.00 |
| 50.17 | 2016 Watson 1100 CM [Drill Rig]/ Serial Number: 16192 | | Auction Value | $175,000.00 |
| 50.18 | 2017 Watson 3110 CM [Drill Rig]/ Serial Number: 17196 | | Auction Value | $420,000.00 |
| 50.19 | 2016 Watson 3110 CM [Drill Rig]/ Serial Number: 16194 | | Auction Value | $420,000.00 |
| 50.20 | Sany SR220C [Drill Rig]/ Serial Number: 88527 | | Auction Value | $20,000.00 |
| 50.21 | 2018 Watson 3110 CM [Drill Rig]/ Serial Number: 17202 | | Auction Value | $475,000.00 |
| 50.22 | Welder | Bobcat/ Serial Number: 907209 | Mounted on Mack Fire Truck | | | |
| 50.23 | Bobcat S300 turbo diesel/ Serial Number: B3300 | | | $500.00 |
| 50.24 | Air Compressor/ Serial Number: DM015250 | Mounted on Mack Fire Truck | | | $200.00 |
| 50.25 | Welder 216R/ Serial Number: ME220216R | | | $500.00 |
| 50.26 | Lincoln Classic 300D Welder/ Serial Number: C106050D752 | | | $500.00 |
| 50.27 | Lincoln 315 Shop MIG Welder/ Serial Number: U1070702240 | | | $500.00 |
| 50.28 | Case W24C Tractor/ Serial Number: 915727297 | | | $1,000.00 |
| 50.29 | 2015 Eager Beaver Lowboy 35GSL/S Trailer /VIN: 112SC434FL079689 | | | $10,000.00 |
| 50.30 | 1997 Port City 16' Trailer/VIN: 154GH1626VT011070 | | | $100.00 |
| 50.31 | 2008 Gooseneck BT 25' Trailer/VIN: 16VGX202482617798 | | | $500.00 |
| 50.32 | 2007 Big Tex UT 40' Trailer/VIN: 16VGX402572685862 Not in Service | | | $0.00 |
| 50.33 | Odum 20' Trailer/ Serial Number: 4451966 | Not in Service | | | $0.00 |
| 50.34 | Kubota V3800 Tractor/ Serial Number: 403337 | | | $51,000.00 |
| 50.35 | 1999 Shop Made Utility Trailer/ Not in Service | | | $0.00 |
| 50.36 | 2008 20' GN Trailer/VIN: FU202181119068 Not in Service | | | $0.00 |
| 50.37 | 2016 Lark Enclosed Trailer/VIN: 571BE1016GM017835 | | | $300.00 |
| 50.38 | 20' Trailer/VIN: 4LAEH1621G5065204 Trailer is in the possession of Dean Johnson at his residence | | | |
| 50.39 | Utility Trailer/VIN: 4PTU718296M014245 Trailer is in the possession of Dean Johnson at his residence | | | |
| 50.40 | Lorain 27.5 Ton Crane/ Serial Number: 80064 | | | $20,000.00 |
| 50.41 | Crane/ Serial Number: 1824 | Not in Service | | | $0.00 |
| 50.42 | Pawling & Harnischfeger 40 Ton Crane/ Not in Service | | | $0.00 |

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                          $3,480,788.00

   52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

   53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment, or office building), if available. | | | | |
| None | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.
_____

57. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60. **Patents, copyrights, trademarks, and trade secrets**

None

61. **Internet domain names and websites**

http://www.augerdrilling.com/ _____ _____ _____

62. **Licenses, franchises, and royalties**

None

63. **Customer lists, mailing lists, or other compilations**

None

64. **Other intangibles, or intellectual property**

None

65. **Goodwill**

Debtor    Vaper Drilling, Inc.
Name

Case number (if known)

None

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

| Loan to Dean Johnson | $102,709.00 | - | | =→ | $102,709.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |
| Loan to Coyle Whitten | $4,293.00 | - | | =→ | $4,293.00 |
| | Total face amount | | doubtful or uncollectible amount | | |
| Employee Loan | $1,200.00 | - | | =→ | $1,200.00 |
| | Total face amount | | doubtful or uncollectible amount | | |
| Alex Mason | $7,074.00 | - | $0.00 | =→ | $7,074.00 |
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None

73. **Interests in insurance policies or annuities**

None

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None

76. **Trusts, equitable or future interests in property**

Debtor     Wage Drilling, Inc.                                    Case number (if known) _____
           Name

| None |
|------|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Work in Progress | $212,768.00 |
|---|---|
| Tort Claims against shareholders [Dean Johnson and Karol Johnson] | |
| Tort Claims against former Officer [Dean Johnson] | |

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                    $328,044.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $181,158.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,427,994.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,480,788.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $328,044.00 | |
| 91. **Total.** Add lines 80 through 90 for each column... 91a. | $6,429,384.80 | +91b. $0.00 |

Debtor    Case 19-31410-hdh11   Doc 51   Filed 05/21/19    Entered 05/21/19 18:47:39    Page 12 of 69
     Auger Drilling, Inc.
     Name           Case number *(if known)*

| | | |
|---|---|---|
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | $6,429,384.80 |

Fill in this information to identify the case:

Debtor name _____ Auger Drilling, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Texas, Dallas Division _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $41,335.00 | $31,168.00 |
| --- | --- | --- | --- |

American Honda Finance Corporation

2018 Honda Odyssey

**Creditor's mailing address**

**Describe the lien**

P.O. Box 168008

Vehicle Loan

Irving, TX 75016

**Is the creditor an insider or related party?**

☑ No

**Creditor's email address, if known**

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred** 6/22/2017

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** 5  1  1  5

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

**Do multiple creditors have an interest in the same property?**

☐ Unliquidated

☑ No.

☐ Disputed

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                 $4,201,811.32

Debtor   Gose Dimming Inc.
         Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2** **Creditor's name**

Audi Financial Service

**Describe debtor's property that is subject to a lien**

2017 Audi Q7

$43,363.00       $39,520.00

**Creditor's mailing address**

P.O. Box 5215

Carol Stream, IL 60197

**Describe the lien**

Vehicle Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Date debt was incurred**   4/1/2017

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**   3  2  5  5

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Creditor's name**

Audi Financial Services

**Describe debtor's property that is subject to a lien**

2017 Audi A7

$50,066.00       $45,000.00

**Creditor's mailing address**

P.O. Box 5215

Carol Stream, IL 60197

**Describe the lien**

Vehicle Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Date debt was incurred**   02/21/2017

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**   8  8  8  4

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____ Case number (if known)_____
　　　　Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4**

**Creditor's name**

Carrollton-Farmers Branch ISD

**Creditor's mailing address**

c/o Perdue Brandon et al

1919 S. Shiloh Road STE 310 LB 40

Garland, TX 75042

**Creditor's email address, if known**

**Date debt was incurred**      1/1/2019

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**            $87,742.54            $0.00

**Describe the lien**

Ad Valorem Tax Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.5**

**Creditor's name**

Chrysler Credit

**Creditor's mailing address**

P.O. Box 961279

Fort Worth, TX 76161

**Creditor's email address, if known**

**Date debt was incurred**      3/11/2016

**Last 4 digits of account number**   2  2  2  9

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**            $18,960.00            $27,000.00

2016 Dodge 2500

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor ___Osage Drilling Inc.___
     Name

Case number _(if known)_

| Part 1: | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.6**    **Creditor's name**

Dallas County

**Creditor's mailing address**

c/o Linebarger et al

2777 N. Stemmons Freeway STE 1000

Dallas, TX 75207

**Creditor's email address, if known**

**Date debt was incurred**    1/1/2019

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**    $89,087.78    $0.00

**Describe the lien**

Ad Valorem Tax Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.7**    **Creditor's name**

Kubota Credit Corporation USA

**Creditor's mailing address**

Attn: Loan Administration Department

P.O. Box 2046

Grapevine, TX 76099

**Creditor's email address, if known**

**Date debt was incurred**    8/9/2018

**Last 4 digits of account number**    6   2   4   1

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

     ☑ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $45,532.00    $51,000.00

Kubota V3800 Tractor
Serial Number: 403337

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor _____
    Name

Case number (if known)_____

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.8**

**Creditor's name**

McKinney Trailer Rentals

**Creditor's mailing address**

8400 E. Slausen Avenue

Pico Rivera, CA 90660

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**     **7  5  9  0**

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

$0.00

Debtor   Cross Drilling, Inc.
Name

Case number (if known)

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9**

**Creditor's name**

PlainsCapital Bank

**Creditor's mailing address**

801 Houston Street

Fort Worth, TX 76102

**Creditor's email address, if known**

**Date debt was incurred**    10/6/2015

**Last 4 digits of account number**    3  0  8  9

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**2015 Soilmec SR-45 [Drill Rig]**
Serial Number: 4645

☑ No. Specify each creditor, including this creditor, and its relative priority.

   **1) PlainsCapital Bank**

   2) PlainsCapital Bank

   3) PlainsCapital Bank

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Lincoln 315 Shop MIG Welder**
Serial Number: U1070702240

☑ No. Specify each creditor, including this creditor, and its relative priority.

   **1) PlainsCapital Bank**

   2) PlainsCapital Bank

   3) PlainsCapital Bank

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $399,032.00    $5,085,194.00

2015 Soilmec SR-45 [Drill Rig]
Serial Number: 4645

Lincoln 315 Shop MIG Welder
Serial Number: U1070702240

Welder 216R
Serial Number: ME220216R

Air Compressor
Serial Number: DM015250 | Mounted on Mack Fire Truck

Lincoln Classic 300D Welder
Serial Number: C106050D752

*See continuation page.*

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____Gose Drilling, Inc._____
        Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**For Asset:**
**Welder 216R**
Serial Number: ME220216R

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) PlainsCapital Bank**

2) PlainsCapital Bank

3) PlainsCapital Bank

4) PlainsCapital Bank

5) PlainsCapital Bank

6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Air Compressor**
Serial Number: DM015250 | Mounted on Mack Fire Truck

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) PlainsCapital Bank**

2) PlainsCapital Bank

3) PlainsCapital Bank

4) PlainsCapital Bank

5) PlainsCapital Bank

6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Lincoln Classic 300D Welder**
Serial Number: C106050D752

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) PlainsCapital Bank**

2) PlainsCapital Bank

3) PlainsCapital Bank

4) PlainsCapital Bank

5) PlainsCapital Bank

6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  Case Drilling, Inc.

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**For Asset:**
**Bobcat S300 turbo diesel**
Serial Number: B3300

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Hennessy HD65M [Drill Rig]**
Serial Number: 913

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Sany SR220C [Drill Rig]**
Serial Number: 88527

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor _____ Case number (if known) _____
     Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | |

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8095 | Mounted on a 2008 Mack

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____


**For Asset:**
**Lorain 27.5 Ton Crane**
Serial Number: 80064

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____


**For Asset:**
**2005 Watson 1100TM [Drill Rig]**
Serial Number: 5039 | Mounted on 2006 International

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Sabre Drilling, Inc.         Case number *(if known)*
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | Do not deduct the value of collateral. |

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
**Serial Number: 4278**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____


**For Asset:**
**2011 Watson 1100TM [Drill Rig]**
**Serial Number: 10116 | Mounted on 2011 Kenworth**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____


**For Asset:**
**Mait Drill Rig**
**Serial Number: BAB0012M0813**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) PlainsCapital Bank**

    2) PlainsCapital Bank

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor _____    Case number _(if known)_ _____
            Cage Drilling, Inc.
            Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8089 | Mounted on 2008 Mack

☑ No. Specify each creditor, including this
   creditor, and its relative priority.

   **1) PlainsCapital Bank**

   2) PlainsCapital Bank

   3) PlainsCapital Bank

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is
   specified on lines _____

**For Asset:**
**2007 Watson 1100 CM [Drill Rig]**
Serial Number: 7061

☑ No. Specify each creditor, including this
   creditor, and its relative priority.

   **1) PlainsCapital Bank**

   2) PlainsCapital Bank

   3) PlainsCapital Bank

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is
   specified on lines _____

**For Asset:**
**2006 Watson 1100 CM [Drill Rig]**
Serial Number: 6044

☑ No. Specify each creditor, including this
   creditor, and its relative priority.

   **1) PlainsCapital Bank**

   2) PlainsCapital Bank

   3) PlainsCapital Bank

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is
   specified on lines _____

Debtor    Case Drilling, Inc.                            Case number (if known)
    Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**2010 Watson 2500 CM [Drill Rig]**
**Serial Number: 198**

☑ No. Specify each creditor, including this creditor, and its relative priority.

   **1) PlainsCapital Bank**

   2) PlainsCapital Bank

   3) PlainsCapital Bank

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2016 Watson 1100 CM [Drill Rig]**
**Serial Number: 16192**

☑ No. Specify each creditor, including this creditor, and its relative priority.

   1) PlainsCapital Bank

   **2) PlainsCapital Bank**

   3) PlainsCapital Bank

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2018 Watson 3110 CM [Drill Rig]**
**Serial Number: 17202**

☑ No. Specify each creditor, including this creditor, and its relative priority.

   1) PlainsCapital Bank

   2) PlainsCapital Bank

   **3) PlainsCapital Bank**

   4) PlainsCapital Bank

   5) PlainsCapital Bank

   6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Sable Drilling, Inc.
Name

Case number (if known)

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | |

**For Asset:**
**2017 Watson 3110 CM [Drill Rig]**
Serial Number: 17196

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) PlainsCapital Bank

2) PlainsCapital Bank

**3) PlainsCapital Bank**

4) PlainsCapital Bank

5) PlainsCapital Bank

6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2016 Watson 3110 CM [Drill Rig]**
Serial Number: 16194

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) PlainsCapital Bank

2) PlainsCapital Bank

**3) PlainsCapital Bank**

4) PlainsCapital Bank

5) PlainsCapital Bank

6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2008 Watson 2500 CM [Drill Rig]**
Serial Number: 187

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) PlainsCapital Bank

2) PlainsCapital Bank

**3) PlainsCapital Bank**

4) PlainsCapital Bank

5) PlainsCapital Bank

6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Accounts receivable under 90 days**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) PlainsCapital Bank

    **2) PlainsCapital Bank**

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Accouns receivable over 90 days**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) PlainsCapital Bank

    **2) PlainsCapital Bank**

    3) PlainsCapital Bank

    4) PlainsCapital Bank

    5) PlainsCapital Bank

    6) PlainsCapital Bank

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor ____Gas Drilling, Inc.____
        Name

Case number (if known) ____

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**2.10**

**Creditor's name**
PlainsCapital Bank

**Creditor's mailing address**
801 Houston Street
Fort Worth, TX 76102

**Creditor's email address, if known**

**Date debt was incurred** ____04/23/2019____

**Last 4 digits of account number** __6__ __4__ __6__ __2__

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

**For Asset:**
**2016 Watson 1100 CM [Drill Rig]**
Serial Number: 16192
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**Lincoln 315 Shop MIG Welder**
Serial Number: U1070702240
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**Welder 216R**
Serial Number: ME220216R
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**Lincoln Classic 300D Welder**
Serial Number: C106050D752
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**Describe debtor's property that is subject to a lien**              $233,826.00              $5,145,194.00

2016 Watson 1100 CM [Drill Rig]
Serial Number: 16192

Lincoln 315 Shop MIG Welder
Serial Number: U1070702240

Welder 216R
Serial Number: ME220216R

Lincoln Classic 300D Welder
Serial Number: C106050D752

Air Compressor
Serial Number: DM015250 | Mounted on Mack Fire Truck

*See continuation page.*

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Gage Drilling, Inc.        Case number (if known)
     Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this** |
| | | Do not deduct the | |
| | | value of collateral. | **claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**For Asset:**
**Air Compressor**
Serial Number: DM015250 | Mounted on Mack Fire Truck

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.9

**For Asset:**
**Bobcat S300 turbo diesel**
Serial Number: B3300

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.9

**For Asset:**
**Hennessy HD65M [Drill Rig]**
Serial Number: 913

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.9

**For Asset:**
**Sany SR220C [Drill Rig]**
Serial Number: 88527

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.9

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8095 | Mounted on a 2008 Mack

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.9

**For Asset:**
**Lorain 27.5 Ton Crane**
Serial Number: 80064

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.9

**For Asset:**
**2005 Watson 1100TM [Drill Rig]**
Serial Number: 5039 | Mounted on 2006 International

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.9

Debtor  Gage Drilling, Inc.
        Name

Case number (if known)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
Serial Number: 4316

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Wells Fargo Equipment Finance, Inc.

    **2) PlainsCapital Bank**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
Serial Number: 4278

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2011 Watson 1100TM [Drill Rig]**
Serial Number: 10116 | Mounted on 2011 Kenworth

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**Mait Drill Rig**
Serial Number: BAB0012M0813

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8089 | Mounted on 2008 Mack

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2007 Watson 1100 CM [Drill Rig]**
Serial Number: 7061

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

Debtor _____ Case number _(if known)_ _____
       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**2006 Watson 1100 CM [Drill Rig]**
Serial Number: 6044
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2010 Watson 2500 CM [Drill Rig]**
Serial Number: 198
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2015 Soilmec SR-45 [Drill Rig]**
Serial Number: 4645
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2018 Watson 3110 CM [Drill Rig]**
Serial Number: 17202
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2017 Watson 3110 CM [Drill Rig]**
Serial Number: 17196
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2016 Watson 3110 CM [Drill Rig]**
Serial Number: 16194
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

**For Asset:**
**2008 Watson 2500 CM [Drill Rig]**
Serial Number: 187
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____2.9_____

Debtor _____Cooper Drilling, Inc._____
          Name

Case number _(if known)_ _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**Accounts receivable under 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Accouns receivable over 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

---

**2.11**

**Creditor's name**
PlainsCapital Bank

**Creditor's mailing address**
801 Houston Street
Fort Worth, TX 76102

**Creditor's email address, if known**

**Date debt was incurred** ___12/1/2016___

**Last 4 digits of account number** ___3_ _1_ _0_ _0___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

**For Asset:**
**2008 Watson 2500 CM [Drill Rig]**
Serial Number: 187
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2016 Watson 3110 CM [Drill Rig]**
Serial Number: 16194
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**Describe debtor's property that is subject to a lien**          $610,600.00          $5,085,194.00

2008 Watson 2500 CM [Drill Rig]
Serial Number: 187
2016 Watson 3110 CM [Drill Rig]
Serial Number: 16194
Lincoln 315 Shop MIG Welder
Serial Number: U1070702240
Welder 216R
Serial Number: ME220216R
Air Compressor
Serial Number: DM015250 | Mounted on Mack Fire Truck
***See continuation page.***

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Case 19-31410-hdh11   Doc 51   Filed 05/21/19    Entered 05/21/19 18:47:39    Page 32 of 69
    Cactus Drilling, Inc.                             Case number (if known)

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Lincoln 315 Shop MIG Welder**
Serial Number: U1070702240

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Welder 216R**
Serial Number: ME220216R

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Air Compressor**
Serial Number: DM015250 | Mounted on Mack Fire Truck

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Lincoln Classic 300D Welder**
Serial Number: C106050D752

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Bobcat S300 turbo diesel**
Serial Number: B3300

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Hennessy HD65M [Drill Rig]**
Serial Number: 913

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Sany SR220C [Drill Rig]**
Serial Number: 88527

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.9

Debtor _____ Case number _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8095 | Mounted on a 2008 Mack

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Lorain 27.5 Ton Crane**
Serial Number: 80064

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2005 Watson 1100TM [Drill Rig]**
Serial Number: 5039 | Mounted on 2006 International

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
Serial Number: 4278

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2011 Watson 1100TM [Drill Rig]**
Serial Number: 10116 | Mounted on 2011 Kenworth

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Mait Drill Rig**
Serial Number: BAB0012M0813

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8089 | Mounted on 2008 Mack

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.9___

Debtor ___Cage Drilling, Inc.___
      Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**2007 Watson 1100 CM [Drill Rig]**
Serial Number: 7061
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2006 Watson 1100 CM [Drill Rig]**
Serial Number: 6044
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2010 Watson 2500 CM [Drill Rig]**
Serial Number: 198
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2016 Watson 1100 CM [Drill Rig]**
Serial Number: 16192
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2018 Watson 3110 CM [Drill Rig]**
Serial Number: 17202
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2017 Watson 3110 CM [Drill Rig]**
Serial Number: 17196
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Accouns receivable over 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**Part 1:** **Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**Accounts receivable under 90 days**
☐ No. Specify each creditor, including this
 creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
 specified on lines _____2.9_____

**For Asset:**
**2015 Soilmec SR-45 [Drill Rig]**
**Serial Number: 4645**
☐ No. Specify each creditor, including this
 creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
 specified on lines _____2.9_____

---

| 2.12 | | |
|---|---|---|

**Creditor's name**
PlainsCapital Bank

**Creditor's mailing address**
801 Houston Street
Fort Worth, TX 76102

**Creditor's email address, if known**

**Date debt was incurred** _____3/9/2017_____

**Last 4 digits of account**
**number** _3_ _1_ _0_ _1_

**Do multiple creditors have an interest in the**
**same property?**
☐ No.
☑ Yes. Have you already specified the
 relative priority?

**For Asset:**
**2017 Watson 3110 CM [Drill Rig]**
**Serial Number: 17196**
☐ No. Specify each creditor, including this
 creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
 specified on lines _____2.9_____

**For Asset:**
**Lincoln 315 Shop MIG Welder**
**Serial Number: U1070702240**
☐ No. Specify each creditor, including this
 creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
 specified on lines _____2.9_____

**Describe debtor's property that is subject to a lien**    $619,938.00    $5,085,194.00
2017 Watson 3110 CM [Drill Rig]
Serial Number: 17196
Lincoln 315 Shop MIG Welder
Serial Number: U1070702240
Welder 216R
Serial Number: ME220216R
Air Compressor
Serial Number: DM015250 | Mounted on Mack Fire Truck
Lincoln Classic 300D Welder
Serial Number: C106050D752
*See continuation page.*

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Welder 216R**
Serial Number: ME220216R
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines   __2.9__

**For Asset:**
**Air Compressor**
Serial Number: DM015250 | Mounted on Mack Fire Truck
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines   __2.9__

**For Asset:**
**Lincoln Classic 300D Welder**
Serial Number: C106050D752
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines   __2.9__

**For Asset:**
**Bobcat S300 turbo diesel**
Serial Number: B3300
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines   __2.9__

**For Asset:**
**Hennessy HD65M [Drill Rig]**
Serial Number: 913
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines   __2.9__

**For Asset:**
**Sany SR220C [Drill Rig]**
Serial Number: 88527
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines   __2.9__

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8095 | Mounted on a 2008 Mack
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines   __2.9__

Debtor  Case Drilling, Inc.
        Name

Case number (if known)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**Lorain 27.5 Ton Crane**
Serial Number: 80064
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**2005 Watson 1100TM [Drill Rig]**
Serial Number: 5039 | Mounted on 2006 International
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**2015 Soilmec SR-45 [Drill Rig]**
Serial Number: 4645
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
Serial Number: 4278
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**2011 Watson 1100TM [Drill Rig]**
Serial Number: 10116 | Mounted on 2011 Kenworth
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**Mait Drill Rig**
Serial Number: BAB0012M0813
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8089 | Mounted on 2008 Mack
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

Debtor   Gage Drilling, Inc.                    Case number (if known)
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**For Asset:**
**2007 Watson 1100 CM [Drill Rig]**
Serial Number: 7061
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2006 Watson 1100 CM [Drill Rig]**
Serial Number: 6044
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2010 Watson 2500 CM [Drill Rig]**
Serial Number: 198
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2016 Watson 1100 CM [Drill Rig]**
Serial Number: 16192
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2018 Watson 3110 CM [Drill Rig]**
Serial Number: 17202
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2016 Watson 3110 CM [Drill Rig]**
Serial Number: 16194
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2008 Watson 2500 CM [Drill Rig]**
Serial Number: 187
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

Debtor _____ Cage Drilling, Inc. _____    Case number (if known) _____
    Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | |

**For Asset:**
**Accouns receivable over 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**Accounts receivable under 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

---

**2.13**

**Creditor's name**
PlainsCapital Bank

**Creditor's mailing address**
801 Houston Street
Fort Worth, TX 76102

**Creditor's email address, if known**

**Date debt was incurred** _____ 1/19/2019 _____

**Last 4 digits of account number** ___ 3 _ 1 _ 0 _ 2 ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

**For Asset:**
**2018 Watson 3110 CM [Drill Rig]**
Serial Number: 17202
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**For Asset:**
**Lincoln 315 Shop MIG Welder**
Serial Number: U1070702240
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines _____ 2.9 _____

**Describe debtor's property that is subject to a lien**
2018 Watson 3110 CM [Drill Rig]
Serial Number: 17202
Lincoln 315 Shop MIG Welder
Serial Number: U1070702240
Welder 216R
Serial Number: ME220216R
Air Compressor
Serial Number: DM015250 | Mounted on Mack Fire Truck
Lincoln Classic 300D Welder
Serial Number: C106050D752
***See continuation page.***

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$776,789.00    $5,085,194.00

| **Part 1:** **Additional Page** | | Column A | Column B |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Welder 216R**
Serial Number: ME220216R

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Air Compressor**
Serial Number: DM015250 | Mounted on Mack Fire Truck

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Lincoln Classic 300D Welder**
Serial Number: C106050D752

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Bobcat S300 turbo diesel**
Serial Number: B3300

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Hennessy HD65M [Drill Rig]**
Serial Number: 913

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**Sany SR220C [Drill Rig]**
Serial Number: 88527

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8095 | Mounted on a 2008 Mack

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

Debtor    Gage Drilling, Inc.
Name

Case number (if known)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**Lorain 27.5 Ton Crane**
Serial Number: 80064

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   2.9

**For Asset:**
**2005 Watson 1100TM [Drill Rig]**
Serial Number: 5039 | Mounted on 2006 International

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   2.9

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
Serial Number: 4278

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   2.9

**For Asset:**
**2011 Watson 1100TM [Drill Rig]**
Serial Number: 10116 | Mounted on 2011 Kenworth

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   2.9

**For Asset:**
**Mait Drill Rig**
Serial Number: BAB0012M0813

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   2.9

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8089 | Mounted on 2008 Mack

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   2.9

**For Asset:**
**2007 Watson 1100 CM [Drill Rig]**
Serial Number: 7061

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   2.9

Debtor   Gage Drilling, Inc.
         Name                                                        Case number (if known)

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**For Asset:**
**2006 Watson 1100 CM [Drill Rig]**
Serial Number: 6044
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2010 Watson 2500 CM [Drill Rig]**
Serial Number: 198
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2016 Watson 1100 CM [Drill Rig]**
Serial Number: 16192
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2017 Watson 3110 CM [Drill Rig]**
Serial Number: 17196
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2016 Watson 3110 CM [Drill Rig]**
Serial Number: 16194
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2008 Watson 2500 CM [Drill Rig]**
Serial Number: 187
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Accounts receivable under 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

Debtor    Case Drilling, Inc.     Case number (if known)
    Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Accouns receivable over 90 days**
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**2015 Soilmec SR-45 [Drill Rig]**
Serial Number: 4645
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

---

| 2.14 | Creditor's name | Describe debtor's property that is subject to a lien | $275,000.00 | $5,085,194.00 |

**Creditor's name**
PlainsCapital Bank

**Creditor's mailing address**
801 Houston Street
Fort Worth, TX 76102

**Creditor's email address, if known**

**Date debt was incurred**    7/5/2014

**Last 4 digits of account number**    6 5 4 9

**Do multiple creditors have an interest in the same property?**
- ☐ No.
- ☑ Yes. Have you already specified the relative priority?

**For Asset:**
**2018 Watson 3110 CM [Drill Rig]**
Serial Number: 17202
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**For Asset:**
**2017 Watson 3110 CM [Drill Rig]**
Serial Number: 17196
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines    2.9

**Describe debtor's property that is subject to a lien**
2018 Watson 3110 CM [Drill Rig]
Serial Number: 17202
2017 Watson 3110 CM [Drill Rig]
Serial Number: 17196
2016 Watson 3110 CM [Drill Rig]
Serial Number: 16194
2008 Watson 2500 CM [Drill Rig]
Serial Number: 187
2015 Soilmec SR-45 [Drill Rig]
Serial Number: 4645
*See continuation page.*

**Describe the lien**
Equipment | Cross Collateralized RLOC

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes.

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor  ___Cobb Drilling, Inc.___
        Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**2016 Watson 3110 CM [Drill Rig]**
Serial Number: 16194
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2008 Watson 2500 CM [Drill Rig]**
Serial Number: 187
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2015 Soilmec SR-45 [Drill Rig]**
Serial Number: 4645
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Accounts receivable under 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Accouns receivable over 90 days**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2016 Watson 1100 CM [Drill Rig]**
Serial Number: 16192
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**Lincoln 315 Shop MIG Welder**
Serial Number: U1070702240
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.9___

Debtor    Gage Drilling, Inc.                                    Case number (if known)
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**Welder 216R**
Serial Number: ME220216R
☐ No. Specify each creditor, including this
     creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
     specified on lines    2.9

**For Asset:**
**Air Compressor**
Serial Number: DM015250 | Mounted on Mack Fire Truck
☐ No. Specify each creditor, including this
     creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
     specified on lines    2.9

**For Asset:**
**Lincoln Classic 300D Welder**
Serial Number: C106050D752
☐ No. Specify each creditor, including this
     creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
     specified on lines    2.9

**For Asset:**
**Bobcat S300 turbo diesel**
Serial Number: B3300
☐ No. Specify each creditor, including this
     creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
     specified on lines    2.9

**For Asset:**
**Hennessy HD65M [Drill Rig]**
Serial Number: 913
☐ No. Specify each creditor, including this
     creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
     specified on lines    2.9

**For Asset:**
**Sany SR220C [Drill Rig]**
Serial Number: 88527
☐ No. Specify each creditor, including this
     creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
     specified on lines    2.9

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8095 | Mounted on a 2008 Mack
☐ No. Specify each creditor, including this
     creditor, and its relative priority.
☑ Yes. The relative priority of creditors is
     specified on lines    2.9

Debtor _____
Name

**Case Drilling, Inc.** _____ Case number (if known) _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**Lorain 27.5 Ton Crane**
Serial Number: 80064
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**2005 Watson 1100TM [Drill Rig]**
Serial Number: 5039 | Mounted on 2006 International
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
Serial Number: 4278
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**2011 Watson 1100TM [Drill Rig]**
Serial Number: 10116 | Mounted on 2011 Kenworth
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**Mait Drill Rig**
Serial Number: BAB0012M0813
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**2008 Watson 1100 TM [Drill Rig]**
Serial Number: 8089 | Mounted on 2008 Mack
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

**For Asset:**
**2007 Watson 1100 CM [Drill Rig]**
Serial Number: 7061
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ____2.9____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**2006 Watson 1100 CM [Drill Rig]**
Serial Number: 6044

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines ___2.9___

**For Asset:**
**2010 Watson 2500 CM [Drill Rig]**
Serial Number: 198

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☑ Yes. The relative priority of creditors is specified on lines ___2.9___

---

**2.15** | **Creditor's name**

Wells Fargo Equipment Finance, Inc.

**Creditor's mailing address**

MAC N9306-070

733 Marquette Avenue 700

Minneapolis, MN 55402

**Creditor's email address, if known**

**Date debt was incurred** ___10/23/2014___

**Last 4 digits of account number** ___3_ _7_ _0_ _1___

**Do multiple creditors have an interest in the same property?**
- ☑ No.
- ☐ Yes. Have you already specified the relative priority?

**For Asset:**
**2012 Peterbilt 365**

- ☑ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2010 Soilmec STM20 [Drill Rig]**
Serial Number 3357 | Mounted on 2012 Peterbilt

- ☑ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**      $157,198.00      $130,000.00

2012 Peterbilt 365
2010 Soilmec STM20 [Drill Rig]
Serial Number 3357 | Mounted on 2012 Peterbilt

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes.

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor Sage Drilling, Inc.
Name

Case number (if known)

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.16** **Creditor's name**

Wells Fargo Equipment Finance, Inc.

**Creditor's mailing address**

MAC N9306-070

733 Marquette Avenue 700

Minneapolis, MN 55402

**Creditor's email address, if known**

**Date debt was incurred** 7/8/2014

**Last 4 digits of account number** 3 7 0 0

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

 ☑ No. Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Watson 3110 CM [Drill Rig]
Serial Number: 16193

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$372,186.00 | $180,000.00

---

**2.17** **Creditor's name**

Wells Fargo Equipment Finance, Inc.

**Creditor's mailing address**

MAC N9306-070

733 Marquette Avenue 700

Minneapolis, MN 55402

**Creditor's email address, if known**

**Date debt was incurred** 6/5/2015

**Last 4 digits of account number** 3 7 0 3

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

 ☑ No. Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Eager Beaver Lowboy 35GSL/S Trailer

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,829.00 | $10,000.00

---

Debtor _____Gadel Drilling, Inc._____
Name

Case number _(if known)_

| Part 1: | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.18** **Creditor's name**

Wells Fargo Equipment Finance, Inc.

**Creditor's mailing address**

MAC N9306-070

733 Marquette Avenue 700

Minneapolis, MN 55402

**Creditor's email address, if known**

**Date debt was incurred**   10/1/2018

**Last 4 digits of account number**   3  7  0  4

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**2013 Soilmec SR-30 [Drill Rig]**
Serial Number: 4316

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.10

**For Asset:**
**2014 Soilmec SR-50 [Drill Rig]**
Serial Number: 4460

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**      $369,327.00      $210,000.00

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4316

2014 Soilmec SR-50 [Drill Rig]
Serial Number: 4460

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____
         Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Wells Fargo Legal Department<br>c/o Jeffrey A. Chadwick<br>Counsel, Commercial Workouts<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | Line __2.15__ | ___ ___ ___ ___ |
| Wells Fargo Legal Department<br>c/o Jeffrey A. Chadwick<br>Counsel, Commercial Workouts<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | Line __2.16__ | ___ ___ ___ ___ |
| Wells Fargo Legal Department<br>c/o Jeffrey A. Chadwick<br>Counsel, Commercial Workouts<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | Line __2.17__ | ___ ___ ___ ___ |
| Wells Fargo Legal Department<br>c/o Jeffrey A. Chadwick<br>Counsel, Commercial Workouts<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | Line __2.18__ | ___ ___ ___ ___ |

Debtor _____
Name

| Part 1: | Additional Page |
|---|---|

**2.**

**2.1** **Creditor's name**
American Honda Finance Corporation

**Describe debtor's property that is subject to a lien**

**2.2** **Creditor's name**
Audi Financial Service

**Describe debtor's property that is subject to a lien**

**2.3** **Creditor's name**
Audi Financial Services

**Describe debtor's property that is subject to a lien**

**2.4** **Creditor's name**
Carrollton-Farmers Branch ISD

**Describe debtor's property that is subject to a lien**

**2.5** **Creditor's name**
Chrysler Credit

**Describe debtor's property that is subject to a lien**

**2.6** **Creditor's name**
Dallas County

**Describe debtor's property that is subject to a lien**

**2.7** **Creditor's name**
Kubota Credit Corporation USA

**Describe debtor's property that is subject to a lien**

**2.8** **Creditor's name**
McKinney Trailer Rentals

**Describe debtor's property that is subject to a lien**

**2.9** **Creditor's name**
PlainsCapital Bank

**Describe debtor's property that is subject to a lien**

Bobcat S300 turbo diesel
Serial Number: B3300

Bobcat S300 turbo diesel
Serial Number: B3300

Hennessy HD65M [Drill Rig]
Serial Number: 913

Sany SR220C [Drill Rig]
Serial Number: 88527

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8095 | Mounted on a 2008 Mack

Lorain 27.5 Ton Crane
Serial Number: 80064

2005 Watson 1100TM [Drill Rig]
Serial Number: 5039 | Mounted on 2006 International

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4278

2011 Watson 1100TM [Drill Rig]
Serial Number: 10116 | Mounted on 2011 Kenworth

Mait Drill Rig
Serial Number: BAB0012M0813

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8089 | Mounted on 2008 Mack

2007 Watson 1100 CM [Drill Rig]
Serial Number: 7061

2006 Watson 1100 CM [Drill Rig]
Serial Number: 6044

2010 Watson 2500 CM [Drill Rig]
Serial Number: 198

2016 Watson 1100 CM [Drill Rig]
Serial Number: 16192

**Part 1:**    **Additional Page**

2018 Watson 3110 CM [Drill Rig]
Serial Number: 17202

2017 Watson 3110 CM [Drill Rig]
Serial Number: 17196

2016 Watson 3110 CM [Drill Rig]
Serial Number: 16194

2008 Watson 2500 CM [Drill Rig]
Serial Number: 187

Accounts receivable under 90 days

Accouns receivable over 90 days

**2.10**    **Creditor's name**
PlainsCapital Bank

**Describe debtor's property that is subject to a lien**
Bobcat S300 turbo diesel
Serial Number: B3300

Bobcat S300 turbo diesel
Serial Number: B3300

Hennessy HD65M [Drill Rig]
Serial Number: 913

Sany SR220C [Drill Rig]
Serial Number: 88527

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8095 | Mounted on a 2008 Mack

Lorain 27.5 Ton Crane
Serial Number: 80064

2005 Watson 1100TM [Drill Rig]
Serial Number: 5039 | Mounted on 2006 International

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4316

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4278

2011 Watson 1100TM [Drill Rig]
Serial Number: 10116 | Mounted on 2011 Kenworth

Mait Drill Rig
Serial Number: BAB0012M0813

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8089 | Mounted on 2008 Mack

2007 Watson 1100 CM [Drill Rig]
Serial Number: 7061

2006 Watson 1100 CM [Drill Rig]
Serial Number: 6044

2010 Watson 2500 CM [Drill Rig]
Serial Number: 198

2015 Soilmec SR-45 [Drill Rig]
Serial Number: 4645

2018 Watson 3110 CM [Drill Rig]
Serial Number: 17202

**Part 1:** **Additional Page**

2017 Watson 3110 CM [Drill Rig]
Serial Number: 17196

2016 Watson 3110 CM [Drill Rig]
Serial Number: 16194

2008 Watson 2500 CM [Drill Rig]
Serial Number: 187

Accounts receivable under 90 days

Accouns receivable over 90 days

**2.11** **Creditor's name**          **Describe debtor's property that is subject to a lien**
PlainsCapital Bank          Lincoln Classic 300D Welder
                              Serial Number: C106050D752

Lincoln Classic 300D Welder
Serial Number: C106050D752

Bobcat S300 turbo diesel
Serial Number: B3300

Hennessy HD65M [Drill Rig]
Serial Number: 913

Sany SR220C [Drill Rig]
Serial Number: 88527

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8095 | Mounted on a 2008 Mack

Lorain 27.5 Ton Crane
Serial Number: 80064

2005 Watson 1100TM [Drill Rig]
Serial Number: 5039 | Mounted on 2006 International

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4278

2011 Watson 1100TM [Drill Rig]
Serial Number: 10116 | Mounted on 2011 Kenworth

Mait Drill Rig
Serial Number: BAB0012M0813

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8089 | Mounted on 2008 Mack

2007 Watson 1100 CM [Drill Rig]
Serial Number: 7061

2006 Watson 1100 CM [Drill Rig]
Serial Number: 6044

2010 Watson 2500 CM [Drill Rig]
Serial Number: 198

2016 Watson 1100 CM [Drill Rig]
Serial Number: 16192

2018 Watson 3110 CM [Drill Rig]
Serial Number: 17202

2017 Watson 3110 CM [Drill Rig]
Serial Number: 17196

Accouns receivable over 90 days

Debtor _____Cooper Drilling, Inc._____ Case number (if known) _____

Name

| Part 1: | **Additional Page** |
|---|---|

Accounts receivable under 90 days

2015 Soilmec SR-45 [Drill Rig]
Serial Number: 4645

| 2.12 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

PlainsCapital Bank

Bobcat S300 turbo diesel
Serial Number: B3300

Bobcat S300 turbo diesel
Serial Number: B3300

Hennessy HD65M [Drill Rig]
Serial Number: 913

Sany SR220C [Drill Rig]
Serial Number: 88527

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8095 | Mounted on a 2008 Mack

Lorain 27.5 Ton Crane
Serial Number: 80064

2005 Watson 1100TM [Drill Rig]
Serial Number: 5039 | Mounted on 2006 International

2015 Soilmec SR-45 [Drill Rig]
Serial Number: 4645

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4278

2011 Watson 1100TM [Drill Rig]
Serial Number: 10116 | Mounted on 2011 Kenworth

Mait Drill Rig
Serial Number: BAB0012M0813

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8089 | Mounted on 2008 Mack

2007 Watson 1100 CM [Drill Rig]
Serial Number: 7061

2006 Watson 1100 CM [Drill Rig]
Serial Number: 6044

2010 Watson 2500 CM [Drill Rig]
Serial Number: 198

2016 Watson 1100 CM [Drill Rig]
Serial Number: 16192

2018 Watson 3110 CM [Drill Rig]
Serial Number: 17202

2016 Watson 3110 CM [Drill Rig]
Serial Number: 16194

2008 Watson 2500 CM [Drill Rig]
Serial Number: 187

Accouns receivable over 90 days

Accounts receivable under 90 days

Debtor ___Gregg Drilling, Inc.___ ___Case number (if known)___
Name

| Part 1: | **Additional Page** |
|---|---|

**2.13** | **Creditor's name** | **Describe debtor's property that is subject to a lien**
PlainsCapital Bank

Bobcat S300 turbo diesel
Serial Number: B3300

Bobcat S300 turbo diesel
Serial Number: B3300

Hennessy HD65M [Drill Rig]
Serial Number: 913

Sany SR220C [Drill Rig]
Serial Number: 88527

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8095 | Mounted on a 2008 Mack

Lorain 27.5 Ton Crane
Serial Number: 80064

2005 Watson 1100TM [Drill Rig]
Serial Number: 5039 | Mounted on 2006 International

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4278

2011 Watson 1100TM [Drill Rig]
Serial Number: 10116 | Mounted on 2011 Kenworth

Mait Drill Rig
Serial Number: BAB0012M0813

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8089 | Mounted on 2008 Mack

2007 Watson 1100 CM [Drill Rig]
Serial Number: 7061

2006 Watson 1100 CM [Drill Rig]
Serial Number: 6044

2010 Watson 2500 CM [Drill Rig]
Serial Number: 198

2016 Watson 1100 CM [Drill Rig]
Serial Number: 16192

2017 Watson 3110 CM [Drill Rig]
Serial Number: 17196

2016 Watson 3110 CM [Drill Rig]
Serial Number: 16194

2008 Watson 2500 CM [Drill Rig]
Serial Number: 187

Accounts receivable under 90 days

Accouns receivable over 90 days

2015 Soilmec SR-45 [Drill Rig]
Serial Number: 4645

**2.14** | **Creditor's name** | **Describe debtor's property that is subject to a lien**
PlainsCapital Bank

Accounts receivable under 90 days

Accounts receivable under 90 days

Accouns receivable over 90 days

Debtor     Wolfe Drilling, Inc.                    Case number (if known)
           Name

---

Part 1:   **Additional Page**

2016 Watson 1100 CM [Drill Rig]
Serial Number: 16192

Lincoln 315 Shop MIG Welder
Serial Number: U1070702240

Welder 216R
Serial Number: ME220216R

Air Compressor
Serial Number: DM015250 | Mounted on Mack Fire Truck

Lincoln Classic 300D Welder
Serial Number: C106050D752

Bobcat S300 turbo diesel
Serial Number: B3300

Hennessy HD65M [Drill Rig]
Serial Number: 913

Sany SR220C [Drill Rig]
Serial Number: 88527

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8095 | Mounted on a 2008 Mack

Lorain 27.5 Ton Crane
Serial Number: 80064

2005 Watson 1100TM [Drill Rig]
Serial Number: 5039 | Mounted on 2006 International

2013 Soilmec SR-30 [Drill Rig]
Serial Number: 4278

2011 Watson 1100TM [Drill Rig]
Serial Number: 10116 | Mounted on 2011 Kenworth

Mait Drill Rig
Serial Number: BAB0012M0813

2008 Watson 1100 TM [Drill Rig]
Serial Number: 8089 | Mounted on 2008 Mack

2007 Watson 1100 CM [Drill Rig]
Serial Number: 7061

2006 Watson 1100 CM [Drill Rig]
Serial Number: 6044

2010 Watson 2500 CM [Drill Rig]
Serial Number: 198

| | | |
|---|---|---|
| **2.15** **Creditor's name** | | **Describe debtor's property that is subject to a lien** |
| Wells Fargo Equipment Finance, Inc. | | |
| **2.16** **Creditor's name** | | **Describe debtor's property that is subject to a lien** |
| Wells Fargo Equipment Finance, Inc. | | |
| **2.17** **Creditor's name** | | **Describe debtor's property that is subject to a lien** |
| Wells Fargo Equipment Finance, Inc. | | |
| **2.18** **Creditor's name** | | **Describe debtor's property that is subject to a lien** |
| Wells Fargo Equipment Finance, Inc. | | |

---

Fill in this information to identify the case:

Debtor name _____ Auger Drilling, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Texas, Dallas Division _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Texas Comptroller of Public Account**

**C/O Office of the Attorney General Bankruptcy-Collections Division**

**PO Box 12548, MC-008**

**Austin, TX 78711-2548**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** $17,170.00

**Priority amount** $17,170.00

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No
☐ Yes

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out
    and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Alliance Premium Finance, LLC

6200 Canoga Avenue 400

Woodland Hills, CA 91367

Date or dates debt was incurred    03/21/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance Premium Financing

Is the claim subject to offset?
☑ No
☐ Yes

**$19,316.00**

---

**3.2** Nonpriority creditor's name and mailing address

American Equipment & Fabricating Corp

100 Water Street

East Providence, RI 02914

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$95,281.00**

---

**3.3** Nonpriority creditor's name and mailing address

American Express

P.O. Box 650448

Dallas, TX 75265-0448

Date or dates debt was incurred    _____

Last 4 digits of account number    1  0  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$16,163.00**

---

**3.4** Nonpriority creditor's name and mailing address

American Express

P.O. Box 650448

Dallas, TX 75265-0448

Date or dates debt was incurred    _____

Last 4 digits of account number    3  0  1  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$15,550.00**

---

**3.5** Nonpriority creditor's name and mailing address

American Express

P.O. Box 650448

Dallas, TX 75265-0448

Date or dates debt was incurred    _____

Last 4 digits of account number    3  0  1  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$7,856.00**

Debtor    Auger Drilling, Inc.
Name

Case number (if known)

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>American Piledriving Equipment<br><br>P.O. Box 88730<br><br>Seattle, WA 98138<br><br>Date or dates debt was incurred    3/28/2019<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**   Vendor<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,154.00 |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>Big B Crane<br><br>645 E Renfro<br><br>Burleson, TX 76028<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**   Vendor<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $255,406.00 |
| **3.8** | **Nonpriority creditor's name and mailing address**<br>Blaze Equipment<br><br>5500 Nafex Way 1<br><br>Fort Worth, TX 76131<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**   Vendor<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,873.00 |
| **3.9** | **Nonpriority creditor's name and mailing address**<br>Carquest Auto Parts<br><br>5500 Nafex Way 1<br><br>Fort Worth, TX 76131<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**   Vendor<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,549.00 |
| **3.10** | **Nonpriority creditor's name and mailing address**<br>Chase<br><br>P.O. Box 6294<br><br>Carol Stream, IL 60197-6294<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   6 8 2 6 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**   Credit Card<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,046.00 |

---

**Part 2:**   Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,982.00 |

Chase

P.O. Box 6294

Carol Stream, IL 60197-6294

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Date or dates debt was incurred _____

Last 4 digits of account number   0   6   4   6

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

City of Irving

P.O. Box 840898

Dallas, TX 75284-0898

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility

Date or dates debt was incurred _____

Last 4 digits of account number   7   3   5   7

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,941.00 |

Davis Motor Crane Service, Inc.

1222 N. Loop 12

Irving, TX 75061

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 |

Demand Safety

1505 University Blvd. NE

Albuquerque, NM 87102

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,694.00 |

FCCI Insurance Group

P.O. Box 405563

Atlanta, GA 30384-5563

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance Premium Financing

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Valge Drilling, Inc.     Case number *(if known)*_____
Name

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,459.00 |

**3.16**

**Nonpriority creditor's name and mailing address**
Hollman, Inc.

1825 Walnut Hill Lane 110

Irving, TX 75038

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $2,459.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**
Jeffrey Machine

3841 Industrial Drive

Birmingham, AL 35217

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $1,743.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**
Liberty Fluid Power

214 Northwest 25th Street

Grand Prairie, TX 75050

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $1,743.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
Lindamood Transportation, Inc

P.O. Box 466

Farmersville, TX 75442

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $8,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
Midco Sling & Cable

9101 W. Carpenter Frwy

Dallas, TX 75247

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $26,833.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Wage Drilling, Inc.      Case number *(if known)* _____

Name

---

## Part 2:   Additional Page

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,213.00** |
|---|---|---|---|

**3.21**

Nonpriority creditor's name and mailing address

    O'Reilly Auto

    3425 North Beltline Road

    Irving, TX 75062

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$3,213.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**

Nonpriority creditor's name and mailing address

    Penske Truck Leasing Co., L.P.

    P O Box 802577

    Chicago, IL 60680-2577

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,168.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**

Nonpriority creditor's name and mailing address

    Reeder Distributors, Inc.

    P.O. Box 225264

    Dallas, TX 75222

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,465.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**

Nonpriority creditor's name and mailing address

Reliant Energy

    P O Box 650475

    Dallas, TX 75265-0475

Date or dates debt was incurred    _____

Last 4 digits of account number    0 2 - 9

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**

Nonpriority creditor's name and mailing address

Satterfield Pipe & Tube LLC

    19410 County Road 1220

    Saint James, MO 65559

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$26,085.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Vyage Drilling, Inc.

Name

Case number (if known)

---

**Part 2:** Additional Page

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.26**

Nonpriority creditor's name and mailing address

South Plains Electric Coop

P O Box 1830

Lubbock, TX 79408-1830

Date or dates debt was incurred _____

Last 4 digits of account number  2  0  0  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.27**

Nonpriority creditor's name and mailing address

Stuart Hose

2621 Irving Blvd

Dallas, TX 75207

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,354.00

---

**3.28**

Nonpriority creditor's name and mailing address

Travelers

P.O. Box 660317

Dallas, TX 75266-0317

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Insurance Premium
Basis for the claim:  Financing

Is the claim subject to offset?
☑ No
☐ Yes

$12,580.40

---

**3.29**

Nonpriority creditor's name and mailing address

Venture Industrial Productions

P.O. Box 1241

Bridgeport, TX 76426

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$17,170.00

---

**3.30**

Nonpriority creditor's name and mailing address

Watson, Inc

4015 S Freeway

Fort Worth, TX 76110

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$77,562.00

---

Debtor   Wage Dialing, Inc.
         Name

_____   Case number (if known) _____

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $17,170.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $689,129.40 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $706,299.40 |

Fill in this information to identify the case:

Debtor name _____ Auger Drilling, Inc. _____

United States Bankruptcy Court for the:

_____ Northern District of Texas, Dallas Division _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Executive Suites | Hollman Las Colinas Business Center |
| | State the term remaining | 8 months | 1825 W. Walnut Hill Lane 120 |
| | List the contract number of any government contract | | Irving, TX 75038 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Employee Leasing | TSL Staffing Leasing |
| | State the term remaining | 0 months | 2850 Shoreline Trail |
| | List the contract number of any government contract | | Rockwall, TX 75032 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Debtor uses the yard owned by Mr. Whitten | Whitten, W. Coyle |
| | State the term remaining | 0 months | 1825 Walnut Hill Lane 120 |
| | List the contract number of any government contract | | Irving, TX 75038 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Hunting Lease | Scott, Beatrice |
| | State the term remaining | 0 months | 4611 Gulf Avenue |
| | List the contract number of any government contract | | Midland, TX 79707 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Trailer Lease | McKinney Trailer Rentals |
| | State the term remaining | 0 months | 8400 E. Slausen Avenue |
| | List the contract number of any government contract | | Pico Rivera, CA 90660 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Auger Drilling, Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Dean Johnson | 1415 Legacy Drive 350 — Street<br>c/o Hastings L. Hanshaw Hanshaw, Kennedy, Hafen, LLP<br>Frisco, TX 75034 — City / State / ZIP Code | Wells Fargo Equipment Finance, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Audi Financial Services | ☑ D<br>☐ E/F<br>☐ G |
| | | Scott, Beatrice | ☐ D<br>☐ E/F<br>☑ G |
| | | Kubota Credit Corporation USA | ☑ D<br>☐ E/F<br>☐ G |
| | | American Express | ☐ D<br>☑ E/F<br>☐ G |
| | | American Express | ☐ D<br>☑ E/F<br>☐ G |
| | | PlainsCapital Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | PlainsCapital Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Wager Drilling, Inc.                              Case number (if known)
          Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| | | PlainsCapital Bank | ☑D ☐E/F ☐G |
| 2.2  Whitten, W. Coyle | 1825 Walnut Hill Lane 120 <br> Street <br><br> Irving, TX 75038 <br> City          State     ZIP Code | Wells Fargo Equipment Finance, Inc. | ☑D ☐E/F ☐G |
| | | Kubota Credit Corporation USA | ☑D ☐E/F ☐G |
| | | PlainsCapital Bank | ☑D ☐E/F ☐G |
| | | PlainsCapital Bank | ☑D ☐E/F ☐G |
| | | PlainsCapital Bank | ☑D ☐E/F ☐G |
| 2.3 | Street <br><br> City          State     ZIP Code | | |
| 2.4 | Street <br><br> City          State     ZIP Code | | |

Debtor ___Legacy Drilling, Inc._____     Case number (if known)_____
        Name

███  **Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.5 _____ | _____ Street  _____  _____ City   State   ZIP Code | | |
| 2.6 _____ | _____ Street  _____  _____ City   State   ZIP Code | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Auger Drilling, Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (if known): | Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

**1a. Real Property:**
Copy line 88 from *Schedule A/B*....................................................... $0.00

**1b. Total personal property:**
Copy line 91A from *Schedule A/B*.................................................... $6,429,384.80

**1c. Total of all property:**
Copy line 92 from *Schedule A/B*...................................................... $6,429,384.80

### Part 2: Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $4,201,811.32

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $17,170.00

**3b. Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... + $689,129.40

**4. Total liabilities**...................................................................................................... $4,908,110.72
Lines 2 + 3a + 3b